FILED BY_____AT_____D.C.

**Mar 9, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNDER
SEAL

UNITED STATES DISTRICT COURT

for the

District of Oregon

Certified to be a true and correct
copy of original filed in this District.
Dated _____ FEB 2 6 2020
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _____
Pages _____ Through ___54

United States of America

v.

DELVIN MILLS aka "Jit," TREVEON DONTE
JORDAN aka "Chop," and DAMIAN BERNARD
FLETCHER aka "Box"

_____
Defendant(s)

)
)
)
)
)
)
)

Case No. 3:20-mj-50

**20-6144-STRAUSS**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    November 2019 through present    in the county of    Multnomah    in the
_____    District of    Oregon    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See the affidavit of Special Agent Clinton Lindsly

☑ Continued on the attached sheet.

_____
Complainant's signature

Clinton Lindsly, Special Agent DHS/ICE/HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:    02/26/2020                           _____
                                              Judge's signature

City and state:    Portland, Oregon           Honorable Magistrate Judge Youlee Yim You
                                              _____
                                              Printed name and title

DISTRICT OF OREGON, ss:        AFFIDAVIT OF CLINTON LINDSLY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Clinton Lindsly, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.        I have been employed as a Special Agent (SA) by Department of Homeland

Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security

Investigations (HSI), since August of 2010. I am currently assigned to the ICE/HSI Office of the

Assistant Special Agent in Charge, in Portland, Oregon narcotics unit. Previously, I was

assigned to the ICE/HSI Office in Los Angeles, California, where I worked for over six years in

a money laundering and narcotics group that specialized in undercover operations. My formal

law enforcement training includes successfully completing the 23-week HSI basic training

course at the Federal Law Enforcement Training Center in Glynco, Georgia. During the training,

I learned how controlled substances are manufactured, consumed, packaged, marketed, and

distributed. Since then, I have participated in dozens of investigations which utilized wiretaps,

controlled purchase operations, physical surveillance, trash searches, electronic vehicle tracking,

pole cameras, cars with hidden compartments used to transport drugs, buy/walks, buy/busts, cell

phone geo-location techniques, cell-site simulators, undercover operations including narcotics

and money laundering, informants, search warrants, interviews, arrests, and/or pen register/trap

and trace orders. I have interviewed and managed informants in drug cases, prepared and

executed search warrants, arrested and interviewed suspects, conducted physical surveillance,

and operated/utilized electronic and video surveillance during my drug investigations.

**Page 1 – Affidavit of Clinton Lindsly**                    **USAO Version Rev. October 2015**

2.       Additionally, I have conducted financial investigations involving sophisticated money laundering techniques and fraud.  During these investigations, I have become familiar with how individuals travel from one state to another state to commit crime sprees.  During these crime sprees, suspects often steal credit cards, identifications, checks, financial instruments, bank account information, or other personal identifying information from breaking into vehicles or homes.  After successfully stealing these financial instruments, the individual then commits numerous credit card transactions at retail merchants themselves or recruits other individuals to conduct the transactions, often times purchasing valuable electronics or gift cards.  Also, some of these individuals will attempt to act as an "imposter" at the victim's financial institution in order to cash other stolen checks.  I know that these crimes often go unsolved due to the multi-jurisdictional nature of the crime spree as well as a lack of witnesses who can identify the individual's true identity.  Furthermore, often times during these thefts several members are participating including co-conspirators conducting surveillance for law enforcement, witnesses, and/or assisting with the break-ins themselves.  This requires these members to be in communication, which is often done by the use of a cell phone.

3.       I submit this affidavit in support of a criminal complaint and arrest warrants for the following persons:

a.       Delvin **MILLS** also known as (AKA) "Jit" with a date of birth (DOB) of ██████, Florida Driver License #████████, FBI #████████, and who is currently in police custody on state felony charges in Miami, Florida;

/ / /

/ / /

**Page 2 – Affidavit of Clinton Lindsly**                    **USAO Version Rev. October 2015**



b.    Damian **FLETCHER** AKA "Box" with a DOB of ████, Florida Driver License # ████████, FBI # ████████, and believed to reside at ████████ ████████; and

c.    Treveon **JORDAN** AKA "Chop" with a DOB of ████, Florida Driver License # ████████, FBI # ████████, and believed to reside at ████████ ████████.

As explained below, there is probable cause to believe, and I do believe, that the above-named individuals committed Conspiracy to Commit Bank Fraud, Bank Fraud, and Aggravated Identity Theft in violation of 18 U.S.C. § 1344, 18 U.S.C. § 1349, and 18 U.S.C. § 1028A as further described below.

### Applicable Law

4.    18 U.S.C. § 1344 provides:

> Whoever knowingly executes, or attempts to execute, a scheme or artifice—
> (1)  to defraud a financial institution; or
> (2)  to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises;
> shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

5.    18 U.S.C. § 1349 provides:

> Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

/ / /

**Page 3 – Affidavit of Clinton Lindsly**                    **USAO Version Rev. October 2015**

6.      18 U.S.C. § 1028A provides, in part:

> Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

### Statement of Probable Cause

### Investigative Summary

7.      In November 2019, DHS/ICE/HSI Portland, Oregon, in conjunction with West Linn Police Department, Tualatin Police Department, Clark County Sheriff's Office, and others, began to investigate members of an Interstate Criminal Organization (ICO) believed to be affiliated to a national criminal organization called the "Felony Lane Gang" responsible for flying to Portland, Oregon and elsewhere to commit crime sprees. The term Felony Lane Gang is a name used by investigators in various investigations across the country, and it is unknown whether members of the ICO use the name as well.

8.      The investigation revealed that members of the ICO would travel to targeted locations, such as parks, daycares, or gyms to commit "smash & grabs" from vehicles using a rental vehicle in the greater Portland area. The ICO appears to primarily target female victims who leave their purses, wallets, and/or other valuables in the vehicle. After the victim exits the vehicle and goes to the park, drops off a child at daycare, or into the gym to workout, the ICO members quickly break into the vehicle, steal the purse/wallet, and drive away. It is believed that the primary purpose of the theft is to commit check, bank, and merchant fraud. After stealing the purses and/or wallets, the ICO members quickly deploy additional members to conduct numerous credit card fraud merchant transactions before the victim can alert financial

**Page 4 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

institutions.  During these transactions, the suspects purchase valuable electronics or gift cards,

which are easily liquidated.  Also, members of the ICO pose as the victim, with their

identification and bank card, to the victim's bank and cash other victims checks made payable

for cash.  Thus far, this investigation has identified at least 32 car thefts during their crime spree

in Oregon, some of which have resulted in the cashing of numerous fraudulent victims' checks

and/or impersonations.  These thefts have occurred in the District of Oregon and the District of

Washington including the following cities: Vancouver, Lake Oswego, West Linn, Tualatin,

Clackamas, Happy Valley, Salem, Corvallis, Albany, Springfield, and Beaverton.  In one

instance, a handgun was stolen and has not been recovered.  The loss to victims, including banks,

during this crime spree is in excess of $100,000.

<u>ICO Members and Their Respective Roles</u>

9.      Thus far, this investigation has identified several ICO members and their

respective roles.  I have provided a description of each suspect and their role below for the Court.

10.     *Leaders and Organizers*:



a.      <u>Delvin **MILLS** aka "Jit"</u>:  **MILLS** resides in Lauderdale Lakes,

Florida.  According to this investigation and up until his arrest on December

13, 2019, for an outstanding vehicular manslaughter warrant, **MILLS** was

identified to use phone number ▮▮▮▮▮▮ (Subject Phone-1) to

communicate with co-conspirators.  **MILLS** was responsible for committing the vehicle thefts to

secure financial instruments, recruiting bank impersonators, directing the bank impersonators,

and driving the bank impersonators to each bank to cash stolen checks.  **MILLS** is currently in

police custody.  I am familiar with the appearance of **MILLS** from reviewing his Florida Driver

**Page 5 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

License photograph and numerous pictures on his Facebook account under the screen name "BIGMONEYJIT" (https://www.facebook.com/BIGMONEYJIT).



b.    Damian **FLETCHER** aka "Box":  **FLETCHER** resides in Fort Lauderdale, Florida.  According to this investigation, **FLETCHER** was identified to use phone number ████████ (Subject Phone-3) to communicate with co-conspirators.  **FLETCHER** is responsible for committing the vehicle thefts to secure financial instruments and driving the bank impersonators to each bank to cash stolen checks.  I am familiar with the appearance of **FLETCHER** from reviewing his Florida Driver License photograph and numerous pictures on his Facebook account under the screen name "HotHead Box" (https://www.facebook.com/damian.f.**FLETCHER**).



c.    Treveon **JORDAN** aka "Pork Chop":  **JORDAN** resides in Lauderdale Lakes, Florida.  According to this investigation, **JORDAN** was identified to use phone number ████████ (**JORDAN**'s Phone).  **JORDAN** is responsible for committing the vehicle thefts to secure financial instruments and driving the bank impersonators to each bank to cash stolen checks.  **JORDAN** rented one of the vehicles utilized during the crime spree in Portland, Oregon.  I am familiar with the appearance of **JORDAN** from reviewing his Florida Driver License photograph, surveillance footage of him at PDX while renting a Jeep Compass, and images on social media from **MILLS** Facebook account.

/ / /

/ / /

**Page 6 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**



11. **Bank Impersonators:**



a.   <u>Linda Marie LUPO aka Linda McGoniagle:</u>  LUPO resides in Deerfield, Florida.  LUPO travels with the ICO during various crime sprees. LUPO is responsible for bank impersonations for the purpose of cashing checks obtained from the vehicle thefts.  I am familiar with the appearance of LUPO from reviewing her Florida Driver License photograph and numerous surveillance images from various banks where LUPO posed as an imposter.  On January 23, 2020, a Grand Jury in Oregon indicted LUPO for two counts of Bank Fraud, 18 U.S.C. § 1344, and three counts of Aggravated Identity Theft, 18 U.S.C. § 1028A.  On February 13, 2020, LUPO was arrested for an outstanding state felony warrant and is now in federal custody.

/ / /



b.    Megan SPURLOCK aka Megan Brown:  SPURLOCK is believed to reside currently in the State of Washington having relocated recently from the State of Ohio and uses phone number ▮▮▮▮▮ (SPURLOCK's Phone). SPURLOCK is responsible for bank impersonations for the purpose of cashing checks obtained from the vehicle thefts.  I am familiar with the appearance of SPURLOCK from reviewing her Ohio Driver License photograph, numerous surveillance images from various banks where SPURLOCK posed as an imposter, and meeting her in person.  On January 23, 2020, a Grand Jury in Oregon indicted SPURLOCK for five counts of Bank Fraud, 18 U.S.C. § 1344, and three counts of Aggravated Identity Theft, 18 U.S.C. § 1028A.  On January 28, 2020, SPURLOCK was arrested pursuant to the above charges and is currently in federal custody.

12.    *Merchant Fraud*:



**Car Theft in Tualatin Springboards Investigation**

13.    On November 16, 2019, I learned of a vehicle break-in and theft that occurred in the city of Tigard, Oregon by Cook Park.  This was reported to me by a close family member

who is a friend of the victim of that incident. After learning of this incident, I called and spoke with Tualatin Police Department (TPD) Officer Shawn Fischer, who was the responding officer to the above incident. I learned from him that at approximately 10:30 a.m., the victim (Victim-1[1]) parked near Cook Park, placed her purse underneath the front passenger seat, and walked to the park. Several minutes after parking and walking away from her vehicle, a witness called 911 and reported that they observed a black male breaking into Victim-1's vehicle. The witness confronted the perpetrator, who fled and got into a grey Jeep Compass, and drove away prior to police arriving. Victim-1 reported that her wallet and property had been stolen which consisted of some of the following items: credit cards, identification card, a book of checks for Ameriprise Financial account -7540, various Nike clothing, and a wedding ring.

14.     TPD Officer Fischer told me that the witness stated that the grey Jeep Compass had Washington license plate #BPN8131 (Jeep Compass). During his review of records, TPD Officer Fischer learned that the Jeep Compass was registered to Enterprise Car Rental and was rented by **JORDAN** at Portland International Airport (PDX) on November 7, 2019. According to Enterprise, **JORDAN** reported phone number of ▉▉▉▉▉ (**JORDAN**'s Phone) and rented the Jeep Compass by presenting his Florida Driver License. **JORDAN** ultimately returned the Jeep Compass on November 18, 2019.

15.     I went to PDX and reviewed surveillance footage related to the rental of the Jeep Compass. During my review of surveillance footage, I observed that **JORDAN**, who was also with another male I subsequently recognized as **MILLS**, rented the Jeep Compass on November

---

[1] The victims are numbered as they appear in the affidavit and their names are omitted to protect their identity. All victims reported the crime to the appropriate police department, who completed a police report. I have reviewed each report and/or spoke with the investigating agency regarding each incident. I believe that these reports are reliable and credible.

**Page 9 – Affidavit of Clinton Lindsly**            **USAO Version Rev. October 2015**

7, 2019, from PDX. I observed that **JORDAN** did not appear to have any luggage and/or bags, nor could I locate him on surveillance footage in the airport. Eventually, **JORDAN** drove away by himself in the Jeep Compass. I have presented several images from the surveillance footage for the Court below:



16.     I also reviewed surveillance footage from **JORDAN**'s return of the Jeep Compass, which occurred on November 18, 2019. During my review of footage, I observed that **JORDAN** returned the Jeep Compass with two additional black males. After unloading several bags, **JORDAN** and the black males appeared to check in at the United Airlines ticket booth and were last observed walking towards Terminal E at approximately 10:50 a.m. Based on my review of outbound flights for that day and the approximate time I observed **JORDAN** walking towards Terminal E, I believe that **JORDAN** got on United #2369 to Denver, Colorado which departed PDX from Terminal E2 at 12:25 p.m. I have presented several images from the surveillance footage for the Court below. I believe that **JORDAN** is the male in the middle wearing a black hoodie with a red Florida Panthers beanie with a pom on top, **FLETCHER** is in the teal hoodie and again in the red shirt with long hair, and **MILLS** is in the front wearing a black jacket. A subsequent review of United Airlines flight manifest records confirmed that **JORDAN** flew with **FLETCHER** to Denver, Colorado. However, at this time Investigators do

not know what flight **MILLS** took or if he was flying under an assumed name. As noted below, at time of the flight, **MILLS** had multiple state warrants for his arrest that were outstanding since 2018.



17.     After reviewing PDX surveillance footage, I conducted a license plate search using a License Plate Reader[2] (LPR) database for the Jeep Compass.  During my review of LPR records, I identified that the Jeep Compass was observed parked at the Studio 6 Motel at 4911 NE 82nd Avenue, Portland, Oregon 97220 on November 12, 2019, at approximately 12:40 a.m., which was during **JORDAN**'s rental period of the Jeep Compass.  I then went to the Studio 6 and met with the manager.[3]  I told the manager that I was investigating a suspect named Treveon **JORDAN** and showed the manager a DMV photograph of **JORDAN**.  The manager stated that

---

[2] The LPR database captures license plates of vehicles on public roadways from onboard cameras in police cars and automatically uploads the license plate "hit" with an approximate GPS location.  This database is then searchable by law enforcement and provides the exact date, time, and location of the license plate "hit" with an image.

[3] I went to Motel 6 on two separate occasions and interviewed the manager and reviewed company records.  The information gained from both of the visits is summarized here.

he/she recognized **JORDAN** as he recently stayed at his/her hotel.  I then showed the manager
DMV photographs of **FLETCHER** and **MILLS**, to which the manager stated that he/she
recognized them as they stay there frequently.  The manager stated that they (**JORDAN,
MILLS, and FLETCHER**) usually stay at the hotel with an older white female with blonde hair.
The manager stated that she sometimes rents her own room and that he/she would be able to
locate the record.  After several minutes, the manager told me that the blonde female's name was
LUPO.  When asked about the check-in procedure, the manager stated that when a customer
rents a room, the customer presents their identification and he/she enters that information into
his/her record system.  The manager stated that he/she only captures the information on the
identification card and doesn't ask for phone numbers or any other information.

     18.     The manager allowed me to review surveillance footage and customer records.
During my review of customer records, I learned that **MILLS**, **JORDAN**, and LUPO had rented
rooms at the Studio 6 Motel on several prior occasions including:

    a.    **MILLS**:

        i.  9/17/19, room 229, $99.71

       ii.  4/26/19, room 252, $115.63

     iii.  4/22/19, room 252, $115.63

    b.    **JORDAN**:

        i.  11/12/19, room 116, $68.69

       ii.  11/11/19, room 226, $68.69

    c.    LUPO:

        i.  6/8/19, room 252, $87.01

**Page 12 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

    ii.  6/2/19, room 240, $82.43

    iii.  5/31/19, room 251, $123.65

19.    I reviewed several hours of surveillance footage and observed **JORDAN** driving the Jeep Compass. I have provided several images below for the Court of **JORDAN** and the Jeep Compass.



**Investigation Identifies Additional Victims of Crime Spree in West Linn and Clackamas**

20.    During subsequent conversations with TPD Officer Fischer, I learned that West Linn Police Department (WLPD) was investigating a grey Jeep Compass for suspected car thefts and bank fraud. According to WLPD Officer Glenn Howard, on November 12, 2019, WLPD received two back to back reports of car thefts that occurred in close proximity to each other. Specifically, at approximately 7:45 a.m., a car theft was reported by Victim-2 at West Linn KinderCare located at 3020 Lazy River Dr., West Linn, Oregon 97068. Victim-2 reported that she parked at KinderCare to drop her child off for daycare, placed her purse underneath the front seat, and went inside. After several minutes Victim-2 returned and found that her driver side window was broken and her purse was stolen, which included credit cards and her identification card. After the theft, Victim-2 was able to quickly cancel her credit cards and/or alert her financial institution. Thus far, no additional fraud has been reported.

**Page 13 – Affidavit of Clinton Lindsly**        **USAO Version Rev. October 2015**

21.     At approximately 8:00 a.m. on the same day, a car theft was reported by Victim-3 at West Linn Cascade Summit Montessori located at 3100 Parker Road, West Linn, Oregon 97068.  According to Google maps, the Cascade Summit Montessori is approximately 2.8 miles away from the West Linn KinderCare, which is a 10-minute drive.  Victim-3 reported that she parked at Cascade Summit Montessori to drop her child off for daycare, left her purse on the front seat in her unlocked vehicle, and went inside.  After several minutes, Victim-3 returned and found that her purse was stolen, which included credit cards, bank debit card, and her identification card.

22.     Over the next several days, Victim-3's credit cards were fraudulently used numerous times at various locations in the greater Portland area including Safeway, Target, Champs Sporting Goods, and other locations by at least four suspects.  These transactions totaled several thousand dollars.  Investigators were able to obtain surveillance images, which led to the identification of one of the suspects who committed the merchant fraud ███████.  I have provided several images below for the Court:



23.     In addition to the above fraudulent activity, Victim-3's bank account at Advantis Credit Union was also utilized by an "imposter" (later identified as SPURLOCK) posing as

**Page 14 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

Victim-3 to cash other victims' stolen checks, which led to attempting to defraud Advantis Credit Union of over $10,000. Four of the checks cashed into Victim-3's account were reported stolen on November 5, 2019, from a car theft in Clackamas, Oregon. In addition, one other attempted but thwarted check was stolen from Victim-1 when her car was broken into on November 16, 2019, in Tualatin as described above. For continuity of the affidavit, these events are described in more detail later.

24.     During my review of surveillance footage of some of the above fraud checks, I observed that the fraudster (SPURLOCK) was getting out of and into a grey Jeep Compass, consistent with the vehicle rented by **JORDAN**. I have provided several images for the Court:



**Investigation Identifies Vancouver, Washington Victim**

25.     During my outreaches of nearby cities for additional victims, I identified a car theft which occurred on November 11, 2019, at Hockinson Meadows Community Park located at 10910 NE 172nd Ave, Vancouver, Washington 98682. Specifically, on November 11, 2019, Clark County Sheriff's Office received a 911 call from an off-duty Vancouver Police Department officer whom reported a suspicious vehicle described as a grey Jeep Compass bearing Washington license plate #BPN8131 (Jeep Compass). The off-duty officer reported that he/she believed that the Jeep Compass was car prowling. Specifically, the off-duty officer stated that he/she was at the park and observed the Jeep Compass park right next to his/her car despite

**Page 15 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

being an empty lot.  The officer reported that the Jeep Compass continued to move back and forth between the front and rear parking lot, routinely parking very close to other vehicles. Shortly after the off-duty officer left the park, Victim-4 had her car broken into.  Victim-4 stated that she went to the park and left her purse underneath the front seat but didn't lock her car. When Victim-4 returned to her car, she discovered that her purse was stolen.  Victim-4 reported that her purse contained her Washington Driver License, her Lawful Permanent Resident Card, her Social Security card, and her Chase bank debit card.

26.     On November 22, 2019, I called and interviewed the off-duty police officer who witnessed the Jeep Compass shortly before the above theft.  According to the officer, he/she observed a black male approximately 20-30 years old inside the Jeep Compass wearing a colorful beanie with an emblem on the flip up part on the front and ball/pom on top.  I subsequently showed the officer a photograph of **JORDAN** wearing the Florida Panthers beanie at PDX on November 18, 2019.  The officer stated that **JORDAN**'s beanie was almost the exact beanie that he/she observed the black male wearing during the November 11, 2019, car prowl. Based on this information, and the unique "pom" on top of the beanie (as well as the other information in this affidavit), I believe that **JORDAN** was driving the Jeep Compass and subsequently stole Victim-4's purse for the purpose of further the bank fraud conspiracy.  I have provided a zoomed in image of **JORDAN**'s beanie for the Court:



**Page 16 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

### Investigators Obtain Historical Cell Tower and Toll Records of JORDAN's Phone

27.     On November 25, 2019, based in part on the above information, the Honorable

Stacie F. Beckerman, United States Magistrate Judge, District of Oregon, signed a search

warrant (19-MC-1017) authorizing HSI Portland to obtain the historical cell site data, toll

records, real-time GPS data, and other information for **JORDAN**'s Phone ███████████ from

November 1, 2018, to November 25, 2019.  The purpose of this request was for Investigators to

be able to review the movements of **JORDAN** in relation to various identified criminal acts

conducted during this suspected crime spree and to also identify other co-conspirators.

28.     On November 27, 2019, pursuant to the above search warrant, T-Mobile provided

HSI the historical cell site data and toll records for **JORDAN**'s Phone.  The information

provided by T-Mobile was historical cell tower site data.  Specifically, these records included the

exact cell phone tower location that **JORDAN**'s Phone used each time a call/text was sent or

received.  This information was provided in the form of a physical address.  The location of the

phone in between the communications was not captured by the cell phone provider.  Based on

my training and experience, I know that often times the cell phone tower utilized by the cell

phone during its communication can be several hundred to several thousand meters away from

the actual location of the cell phone.  During my review of **JORDAN**'s Phone data, I learned

that **JORDAN** appeared to have flown from Fort Lauderdale, Florida to Seattle, Washington on

November 5, 2019, and then traveled from Seattle, Washington to Portland, Oregon either by

car, bus, or train.  I also found that **JORDAN**'s Phone was in close proximity to several of the

identified crime locations.  For continuity of the affidavit, these events are described in more

detail later.

USAO Version Rev. October 2015

**Review of JORDAN's Calling Activity Identifies Subject Phone 1 (MILLS) and Subject Phone-3 (FLETCHER)**

29.     In addition to reviewing historical cell site data for **JORDAN**'s cell phone, I also conducted toll analysis of **JORDAN**'s calling activity surrounding two of the above described incidents, that being the November 11, 2019, Vancouver theft and the November 12, 2019, West Linn KinderCare theft. As described in more detail below, historical cell site data placed **JORDAN** at or near both crime locations. During my review of calling activity surrounding these two incidents, I identified that it appeared that phone number ████████ (Subject Phone-1/**MILLS**) and phone number ████████ (Subject Phone-3/**FLETCHER**) were intimately involved with the criminal acts. As discussed in more detail below, I know that Subject Phone-1 belongs to **MILLS** and Subject Phone-3 belongs to **FLETCHER** because phones with those assigned numbers were found with **MILLS** and **FLETCHER** on the day of **MILLS'** arrest. In addition, during the relevant time period, databases show that Subject Phone-1 was subscribed to "Delvin Mills" and Subject Phone-3 was assigned to "Ingram Fletcher," the same surname as FLETCHER.

30.     Specifically, there was significant calling activity between **JORDAN**'s Phone and Subject Phone-1 (**MILLS**) and Subject Phone-3 (**FLETCHER**) in close proximity during the time these two crimes were committed. Furthermore, during the calling activity described below, **JORDAN** _only_ called Subject Phone-1 (**MILLS**) and Subject Phone-3 (**FLETCHER**). Based on these facts, and the chart below (along with other information in this affidavit), I believe that **MILLS** and **FLETCHER** are co-conspirators with **JORDAN** and were intimately involved with **JORDAN** during the alleged crime. Furthermore, I believe that each calling

activity between **JORDAN**'s Phone and Subject Phone-1 (**MILLS**) and Subject Phone-3

(**FLETCHER**) were for the purposes of discussing and conspiring to commit the above offenses.

31.     November 11, 2019 – **JORDAN**'s Phone Communication Activity:

| Time: | Call Direction: | Communication With: |
|---|---|---|
| 3:30 p.m. | Incoming | Subject Phone-1 (**MILLS**) |
| 3:39 p.m. | Incoming | Subject Phone-3 (**FLETCHER**) |
| 3:40 p.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 3:40 p.m. | Incoming | Subject Phone-3 (**FLETCHER**) |
| 3:51 p.m. | Incoming | Subject Phone-1 (**MILLS**) |
| 4:00 p.m. | Vehicle Theft in Vancouver | |
| 4:00 p.m. | Incoming | Subject Phone-3 (**FLETCHER**) |
| 5:06 p.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |
| 5:07 p.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |
| 5:07 p.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 5:20 p.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |
| 5:46 p.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |
| 5:49 p.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |
| 5:49 p.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |

32.     November 12, 2019 – **JORDAN**'s Phone Communication Activity:

| Time: | Call Direction: | Communication With: |
|---|---|---|
| 6:19 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 6:24 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 7:01 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 7:02 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 7:10 a.m. | Incoming | Subject Phone-1 (**MILLS**) |
| 7:15 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 7:39 a.m. | Unknown Direction | Subject Phone-1 (**MILLS**) |
| 7:45 a.m. | Vehicle Theft at KinderCare | |

| 7:45 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
|-----------|----------|------------------------------|
| 7:46 a.m. | Outgoing | Subject Phone-3 (**FLETCHER**) |
| 7:47 a.m. | Outgoing | Subject Phone-1 (**MILLS**) |
| 8:00 a.m. | Vehicle Theft at Cascade Summit Montessori | |

33.     I also analyzed **JORDAN**'s toll records in relation to **JORDAN**'s alleged crime spree in Portland, which spanned between November 5, 2019 (date **JORDAN** arrived in Portland), and November 18, 2019 (date **JORDAN** departed Portland).  During my review, **JORDAN**'s cell phone had approximately 624 total cell phone communications (voice and text). Of these communications, approximately 130 communications (21%) were to Subject Phone-1 (**MILLS**) and 99 communications (16%) were to Subject Phone-3 (**FLETCHER**).

34.     During my review I also noted that **JORDAN**'s Phone last had communication with Subject Phone-1 (**MILLS**) on June 25, 2019, and then began communicating frequently again on October 30, 2019, shortly before **JORDAN**'s arrival in Portland.

35.     I also noted a similar calling pattern between **JORDAN**'s Phone and Subject Phone-3 (**FLETCHER**).  Specifically, **JORDAN**'s Phone had zero communication with Subject Phone-3 (**FLETCHER**) until November 4, 2019, which was one day prior to **JORDAN**'s arrival in Portland.

**Investigators Obtain Historical Cell Tower and Toll Records of Phones Used by MILLS and FLETCHER**

36.     On December 3, 2019, based in part on the above information, the Honorable Stacie F. Beckerman, United States Magistrate Judge, District of Oregon, signed a search warrant (19-MC-1039A[4]) authorizing HSI Portland to obtain the historical cell site data, toll

---

[4] The supporting affidavit of this search warrant identifies the user of ▆▆▆▆▆ as unknown. However, after reviewing historical GPS data, monitoring hundreds of court authorized real-time GPS "pings," in conjunction with

records, real-time GPS data, and other information for Subject Phone-1 (**MILLS**) and Subject Phone-3 (**FLETCHER**) from April 1, 2019, to December 3, 2019. The purpose of this request was for Investigators to be able to review the movements of **MILLS** and **FLETCHER** in relation to various identified criminal acts conducted during this suspected crime spree and to also identify other co-conspirators.

37.     On December 4, 2019, pursuant to the above search warrant, T-Mobile provided HSI the historical cell site data and toll records for Subject Phone-1 (**MILLS**) and Subject Phone-3 (**FLETCHER**). The information provided by T-Mobile was historical cell tower site data. Specifically, these records included the exact cell phone tower location that the phones used each time a call/text was sent or received. This information was provided in the form of a physical address. The location of the phone in between the communications was not captured by the cell phone provider. Based on my training and experience, I know that often times the cell phone tower utilized by the cell phone during its communication can be several hundred to several thousand meters away from the actual location of the cell phone.

38.     During my review of Subject Phone-1's (**MILLS**) data, I learned that **MILLS** appeared to have flown from Fort Lauderdale, Florida to possibly Seattle, Washington and arrived in Portland, Oregon on October 29, 2019. My review of records also confirmed that **MILLS** appeared to fly from Portland, Oregon to Denver, Colorado on November 18, 2019, which was consistent with my observations during my review of surveillance footage at Portland International Airport where I saw **MILLS**, **FLETCHER**, and **JORDAN** at the terminal together. I also found that Subject Phone-1 (**MILLS**) was in close proximity to several of the

---

physical surveillance, and the fact that **FLETCHER** was found to be in possession of Subject Phone-3, I later determined that the phone number is used by **FLETCHER**.

**USAO Version Rev. October 2015**

identified crime locations. For continuity of the affidavit, these events are described in more detail later.

39. During my review of Subject Phone-3's (**FLETCHER**) data, I learned that **FLETCHER** appeared to have flown from Fort Lauderdale, Florida to Portland, Oregon on October 28, 2019. My review of records also confirmed that **FLETCHER** appeared to fly from Portland, Oregon to Denver, Colorado on November 18, 2019, which was consistent with my observations during my review of surveillance footage at Portland International Airport where I saw **MILLS**, **FLETCHER**, and **JORDAN** at the terminal together. I also found that Subject Phone-3 (**FLETCHER**) was in close proximity to several of the identified crime locations. For continuity of the affidavit, these events are described in more detail later.

### Historical GPS Data Led to the Identification of Numerous Vehicle Thefts and/or Bank Fraud

40. Utilizing the court authorized historical GPS data from **MILLS**, **FLETCHER**, and **JORDAN**'s Phones, in conjunction with date, time, and approximate location, I conducted dozens of outreaches to cities in an attempt to identify additional vehicle break-ins. These outreaches led to the identification of numerous vehicle break ins, which then resulted in the identification of bank fraud, which then resulted in the identification of additional vehicle break ins. Specifically, once I identified a victim's bank account that was utilized to cash stolen checks, I was able to trace the stolen checks to additional vehicle break-ins. These outreaches ultimately allowed me to identify at least 32 vehicle break-ins that I suspect were committed by **MILLS, FLETCHER,** and/or **JORDAN**. Below I describe for the Court several examples of vehicle thefts which then led to check fraud, bank fraud, and/or merchant fraud. These examples

are not all inclusive and are provided to the Court to demonstrate the involvement of **MILLS**,

**FLETCHER**, **JORDAN**, LUPO, SPURLOCK, and ▇▇▇▇▇

### Car Thefts in Clackamas, West Linn, and Tualatin Result in Bank Fraud

Vehicle Thefts:

41.   On November 5, 2019, a theft from vehicle occurred at the East Side Athletic

Club located at 9100 SE Sunnyside Road, Clackamas, Oregon 97015, which was reported to the

Clackamas County Sheriff's Office under incident report 19-026325. Victim-5 reported that the

theft occurred between approximately 6:15 p.m. and 7:45 p.m. and that her purse was stolen,

which included her Oregon Driver License, a gold iPhone, $325, a silver bracelet from Tiffany &

Co., two silver earrings from Tiffany & Co., a Kate Spade bag, and her checkbook.

42.   According to my review of historical cell site data from Subject Phone-1

(**MILLS**), I learned that at approximately 6:41 p.m., which is the approximate time the above

theft occurred, Subject Phone-1 (**MILLS**) accessed a tower that was at/or near 8380 SE

Sunnyside Road, Clackamas, Oregon 97015. According to Google Maps, Subject Phone-1

(**MILLS**) accessed a tower approximately 0.4 miles away from where the theft occurred. Based

on this, as well as the other information in this affidavit, I believe that **MILLS** committed and/or

participated in the vehicle theft. I have provided an image below for the Court which depicts

Subject Phone-1 (**MILLS**) in relation to the location of the vehicle theft:



43.     On November 12, 2019, between 7:45 a.m. and 8:00 a.m. a theft from vehicle occurred at West Linn Cascade Summit Montessori located at 3100 Parker Road, West Linn, Oregon 97068, which was reported to the West Linn Police Department under incident report 19-009055. Victim-3 reported that she parked at Cascade Summit Montessori to drop her child off for daycare, left her purse on the front seat in her unlocked vehicle, and went inside. After several minutes, Victim-3 returned and found that her purse was stolen, which included credit cards, a bank debit card, and her Oregon Driver License.

44.     According to my review of historical cell site data from Subject Phone-1 (**MILLS**) and **JORDAN**'s Phones, I learned that at approximately 7:45 a.m. and 7:47 a.m., which is the approximate time the above theft occurred, Subject Phone-1 (**MILLS**) and **JORDAN**'s Phones both accessed a tower that was at/or near 22340 Salamo Road, West Linn, Oregon 97068. In addition, during these cell tower "hits," **MILLS** and **JORDAN** were communicating by phone with each other. According to Google maps, Subject Phone-1 (**MILLS**) and **JORDAN**'s Phones accessed a tower located approximately 0.1 mile away from where the theft occurred. Based on this, as well as the other information in this affidavit, I believe that **MILLS** and **JORDAN** committed and/or participated in the vehicle theft. I have provided an image below for the Court which depicts Subject Phone-1 (**MILLS**) and **JORDAN**'s Phones in relation to the location of the vehicle theft:



45.     On November 16, 2019, at approximately 10:21 a.m., and as described in the opening paragraphs of this affidavit, a theft from vehicle occurred at Cook Park located at 17155 SW Arkenstone Drive, Portland, Oregon 97224, which was reported to the Tualatin Police Department under incident 19-018358. As noted above, a witness observed a black male breaking into Victim-1's vehicle and getting into a grey Jeep Compass bearing Washington license plate #BPN8131.

46.     According to my review of historical cell site data from Subject Phone-1 (**MILLS**), Subject Phone-3 (**FLETCHER**), and **JORDAN**'s Phones, there was no calling activity before or after the above theft for several hours. As such, there are no records that captured the location of **MILLS**, **FLETCHER**, or **JORDAN** at that moment in time. However, as described above, a witness observed the thief get into the exact same rental car which was rented by **JORDAN** and drive away. As such, I believe that **JORDAN** and another unidentified co-conspirator committed the above theft.

Bank Fraud:

47.     As described above, Victim-3 had a theft from vehicle, which included her Oregon Driver License and bank debit card for Advantis Credit Union. Victim-3's bank account at Advantis Credit Union was then utilized by an "imposter" posing as Victim-3 to cash other victims' stolen checks, which totaled approximately $10,000. Several of the checks cashed utilizing Victim-3's bank account were reported stolen on November 5, 2019, from a car theft in Clackamas, Oregon by Victim-5 and from a car theft in Tualatin on November 16, 2019, by Victim-1.

48.     The imposter, subsequently identified by DMV photograph and Facebook pictures as SPURLOCK, posed as Victim-3 by presenting Victim-3's stolen Oregon Driver License and

**Page 25 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

Advantis Credit Union bank card on several occasions between November 15-16, 2019, and successfully cashed several of Victim-5's checks and attempted to cash Victim-1's check on November 16, 2019, which was thwarted by employees at Advantis Credit Union. Advantis Credit Union subsequently provided me all surveillance footage relating to these incidents as well as supporting documentation. I have personally spoken to Victim-1, Victim-3, and Victim-5 who confirmed that they did not conduct any of the described transactions or authorize any person to negotiate the suspect checks.

49.     The below incidents describe when SPURLOCK went into Advantis Credit Union and posed as an imposter of Victim-3's bank account using stolen checks from Victim-1 and Victim-5. Specifically:

a.     **November 15, 2019 at approximately 4:55 p.m.:** SPURLOCK walked into Advantis Credit Union located at 3010 SE Belmont St, Portland, Oregon 97214 and posed as an imposter of Victim-3. SPURLOCK successfully cashed a check belonging to Victim-5 for $2,610 and left the bank. I have provided an image of the check and surveillance footage depicting SPURLOCK conducting the transaction for the Court:



b.     During a review of **MILLS'** historical cell site data, I identified that Subject Phone-1 (**MILLS**) was in close proximity to the above fraud bank transaction

**Page 26 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

conducted by SPURLOCK. Specifically, at approximately 4:51 p.m., approximately four

minutes before SPURLOCK committed the above bank fraud at Advantis Credit Union.

Subject Phone-1 (**MILLS**) accessed a tower that was located at/or near 3419 SE Belmont

Avenue, Portland, Oregon 97214. According to Google maps, Subject Phone-1

(**MILLS**) accessed a tower that was approximately 0.3 miles away from Advantis Credit

Union. In addition, surveillance footage confirmed that SPURLOCK got into a grey Jeep

Compass, which is consistent with the vehicle rented by **JORDAN**. Based on these facts,

I believe that **MILLS** and **JORDAN** participated in the bank fraud. I have provided an

image depicting the distance for the Court:



c.      **November 15, 2019 at approximately 5:20 p.m.:** SPURLOCK walked

into Advantis Credit Union located at 4235 SE Woodstock Blvd, Portland, Oregon 97206

and posed as an imposter of Victim-3. SPURLOCK successfully cashed a check

belonging to Victim-5 for $2,760 and left the bank. I have provided an image of the

**Page 27 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

check and surveillance footage depicting SPURLOCK conducting the transaction for the
Court:



  d.  During a review of **JORDAN**'s historical cell site data, I identified that
**JORDAN**'s Phone was in close proximity to the above fraud bank transaction conducted
by SPURLOCK.  Specifically, at approximately 5:25 p.m., approximately five minutes
after SPURLOCK committed the above bank fraud at Advantis Credit Union,
**JORDAN**'s Phone accessed a tower that was located at/or near 6030 SE 39th Ave,
Portland, Oregon 97202.  According to Google maps, **JORDAN**'s Phone accessed a
tower that was approximately 0.2 miles away from Advantis Credit Union.  In addition,
surveillance footage confirmed that SPURLOCK got into a grey Jeep Compass, which is
consistent with the vehicle rented by **JORDAN**.  Based on these facts, I believe that
**JORDAN** participated in the bank fraud.  I have provided an image depicting the
distance for the Court:

/ / /

/ / /

/ / /

/ / /



e.   **November 15, 2019 at approximately 5:52 p.m.:**   SPURLOCK walked

into Advantis Credit Union located at 21900 Willamette Dr. #204, West Linn, Oregon

97068 and posed as an imposter of Victim-3.   SPURLOCK successfully cashed a check

belonging to Victim-5 for $2,890 and left the bank.   I have provided an image of the

check and surveillance footage depicting SPURLOCK conducting the transaction for the

Court:



**Page 29 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

f.      During a review of **MILLS'** historical cell site data, I identified that Subject Phone-1 (**MILLS**) was in close proximity to the above fraud bank transaction conducted by SPURLOCK.  Specifically, at approximately 5:51 p.m., approximately one minute before SPURLOCK committed the above bank fraud at Advantis Credit Union, Subject Phone-1 (**MILLS**) accessed a tower that was located at/or near 5290 W 'A' Street, West Linn, Oregon 97068.  According to Google maps, Subject Phone-1 (**MILLS**) accessed a tower that was approximately 0.4 miles away from Advantis Credit Union.  Based on these facts, I believe that **MILLS** participated in the bank fraud.  I have provided an image depicting the distance for the Court:



g.      <u>**November 16, 2019 at approximately 12:03 p.m.:**</u>  SPURLOCK walked into Advantis Credit Union located at 3515 NE 15th Ave, Portland, Oregon 97212 and posed as an imposter of Victim-3.  SPURLOCK attempted to cash a check belonging to Victim-5 for $2,710.  Due to a fraud alert, the bank only accepted the check for deposit and SPURLOCK left the bank.  I have provided an image of the check and surveillance footage depicting SPURLOCK conducting the transaction for the Court:



h.      During a review of Subject Phone-1's (**MILLS**) historical cell site data, I

identified that **MILLS** Phone was in close proximity to the above fraud bank transaction

conducted by SPURLOCK.  Specifically, at approximately 11:52 a.m., approximately 11

minutes before SPURLOCK committed the above bank fraud at Advantis Credit Union,

Subject Phone-1 (**MILLS**) accessed a tower that was located at/or near 4400 NE

Broadway Street, Portland, Oregon 97213.  According to Google maps, Subject Phone-1

(**MILLS**) accessed a tower that was approximately 2.5 miles away from Advantis Credit

Union.  Based on these facts, I believe that **MILLS** participated in the bank fraud.  I have

provided an image depicting the distance for the Court:



**Page 31 – Affidavit of Clinton Lindsly**                **USAO Version Rev. October 2015**

i.   **November 16, 2019 at approximately 1:03 p.m.:** SPURLOCK walked into Advantis Credit Union located at 21900 Willamette Dr. #204, West Linn, Oregon 97068 and posed as an imposter of Victim-3. SPURLOCK attempted to cash a check belonging to Victim-5 for $2,670. Due to the other branch alerting the West Linn branch of the suspicious activity, SPURLOCK was ultimately challenged by an employee. After being challenged, SPURLOCK left the bank without conducting a transaction. However, SPURLOCK left Victim-3's Driver License, bank card, and Victim-5's stolen check. An employee followed SPURLOCK out of the bank and observed her get into a grey Jeep Compass, consistent with the car rented by **JORDAN**. I have provided an image of the check and surveillance footage depicting SPURLOCK conducting the transaction for the Court:



j.   During a review of **JORDAN**'s historical cell site data, I identified that **JORDAN**'s Phone was in close proximity to the above fraud bank transaction conducted by SPURLOCK. Specifically, at approximately 1:00 p.m., approximately three minutes before SPURLOCK committed the above bank fraud at Advantis Credit Union, **JORDAN**'s Phone accessed a tower that was located at/or near 5290 W 'A' Street, West Linn, Oregon 97068. According to Google maps, **JORDAN**'s Phone accessed a tower that was approximately 0.4 miles away from Advantis Credit Union. Based on these

facts, I believe that **JORDAN** participated in the bank fraud.  I have provided an image depicting the distance for the Court:



**Car Thefts in Vancouver, Clackamas, and Corvallis Result in Bank Fraud**

Vehicle Thefts:

50.     On September 26, 2019, a theft from vehicle occurred at the Salmon Creek Trailhead located at 14300 Block NW 36th, Vancouver, Washington 98685, which was reported to the Clark County Sheriff's Office under incident number 19-91396.  Victim-6 reported that the theft occurred between 9:00 a.m. and 10:00 a.m. and that her purse was stolen, which included her Washington Driver License, her Bank of America debit card, credit cards, $300, and other items.

51.     According to my review of historical cell site data from Subject Phone-3 (**FLETCHER**), I learned that at approximately 7:51 a.m., which was approximately an hour before the above theft occurred, Subject Phone-3 (**FLETCHER**) accessed a tower that was at/or near 15614 NW 11th Avenue, Vancouver, Washington 98685.  According to Google Maps,

**Page 33 – Affidavit of Clinton Lindsly**              **USAO Version Rev. October 2015**

Subject Phone-3 (**FLETCHER**) was located approximately 1.8 miles away from where the theft occurred. Based on this, as well as other information in the affidavit, I believe that **FLETCHER** committed and/or participated in the vehicle theft. I have provided an image below for the Court which depicts Subject Phone-3 (**FLETCHER**) in relation to the location of the vehicle theft:



52.     On November 5, 2019, and as described above, a theft from vehicle occurred at the East Side Athletic Club located at 9100 SE Sunnyside Road, Clackamas, Oregon 97015, which was reported to the Clackamas County Sheriff's Office under incident report 19-026325. Victim-5 reported that the theft occurred between approximately 6:15 p.m. and 7:45 p.m. and that her purse was stolen, which included her Oregon Driver License, a gold iPhone, $325, a silver bracelet from Tiffany & Co., two silver earrings from Tiffany & Co., a Kate Spade bag, and her checkbook. A review of historical cell site records confirmed that Subject Phone-1 (**MILLS**) accessed a tower that was approximately 0.4 miles away from the theft from vehicle. Based on this, along with other information in this affidavit, I believe that **MILLS** committed and/or participated in the vehicle theft.

53.     On November 10, 2019, a theft from vehicle occurred at the Timber Hill Athletic Club located at 2855 NW 29th Street, Corvallis, Oregon 97330, which was reported to the Corvallis Police Department under incident report 19-07350.  Victim-7 reported that the theft occurred between 6:05 p.m. and 6:10 p.m. and that her purse was stolen, which included her Oregon Driver license, personal affects, and her checkbook.  However, based on my review of historical cell site data from **JORDAN** and Subject Phone-3 (**FLETCHER**), as described below, I believe the theft may have occurred between 5:50 p.m. and 6:00 p.m.

54.     According to my review of historical cell site data from Subject Phone-1 (**MILLS**), Subject Phone-3 (**FLETCHER**), and **JORDAN**'s Phones, I learned that at approximately 9:00 a.m. it appeared that all their phones traveled in tandem from Portland, Oregon southbound towards Corvallis.  However, **MILLS** had infrequent communication on his phone which did not provide many cell tower locations for comparison once the phone went passed Wilsonville, Oregon.  However, historical cell tower data confirmed that **FLETCHER** and **JORDAN** continued to travel in tandem and arrived in Corvallis at approximately 4:00 p.m. At approximately 4:54 p.m. and 5:53 p.m., **JORDAN**'s Phone and Subject Phone-3 (**FLETCHER**) accessed a tower that was at/or near 1970 Woodland Drive, Corvallis, Oregon 97339 respectively.  According to Google Maps, **JORDAN** and Subject Phone-3 (**FLETCHER**) were located approximately 1.5 miles away from where the theft occurred.  Based on this, along with other information in this affidavit, I believe that **JORDAN** and **FLETCHER** committed and/or participated in the vehicle theft.  I have provided an image below for the Court which depicts **JORDAN** and Subject Phone-3 (**FLETCHER**) in relation to the location of the vehicle theft:



<u>Bank Fraud:</u>

55.    As described above, Victim-6 had a theft from vehicle, which included her
Washington Driver License and bank debit card for Bank of America.  Victim-6's bank account
at Bank of America was then utilized by an "imposter" posing as Victim-6 to cash other victims'
stolen checks, which totaled approximately $5,200.  Several of the checks cashed utilizing
Victim-6's bank account were reported stolen on November 5, 2019, from a car theft in
Vancouver, Washington by Victim-5 and from a car theft in Corvallis on November 10, 2019, by
Victim-7.

56.    The imposter, subsequently identified by DMV photograph as LUPO, posed as
Victim-6 by presenting Victim-6's stolen Washington Driver License and Bank of America bank
card on several occasions between November 14-15, 2019, and successfully cashed one of
Victim-5's and Victim-7's checks.  Bank of America subsequently provided me surveillance
images relating to these incidents as well as supporting documentation.  I have personally spoken
to Victim-5, Victim-6, and Victim-7 who confirmed that they did not conduct any of the
described transactions or authorize any person to negotiate the suspect checks.

57.     The below incidents describe when LUPO went into Bank of America and posed as an imposter of Victim-6's bank account using stolen checks from Victim-5 and Victim-7. Specifically:

a.      **November 14, 2019 at approximately 1:16 p.m.:** LUPO walked into Bank of America located at 6309 SW Capitol Hwy, Portland, Oregon 97239 and posed as an imposter of Victim-6. LUPO successfully cashed a check belonging to Victim-7 for $2,610 and left the bank. I have provided an image of the check and surveillance footage depicting LUPO conducting the transaction for the Court:



b.      According to my review of historical cell site data from Subject Phone-1 (**MILLS**), Subject Phone-3 (**FLETCHER**), and **JORDAN**'s Phones, I learned that all of them had infrequent communication on their phones during the above time period which did not provide many cell tower locations for comparison. However, given that historical cell site data confirmed that **JORDAN** and **FLETCHER** were at/or near where the theft of the check occurred in Corvallis during a vehicle theft (Victim-7) on November 10, 2019, I believe that **JORDAN** and **FLETCHER** participated in the bank fraud.

c.      **November 15, 2019 at 12:26 p.m.:** LUPO walked into Bank of America located at 29778 Town Center Loop W, Wilsonville, Oregon 97070 and posed as an imposter of Victim-6. LUPO successfully cashed a check belonging to Victim-5 for

**Page 37 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

$2,560 and left the bank. I have provided an image of the check and surveillance footage

depicting LUPO conducting the transaction for the Court:



d.      According to my review of historical cell site data from Subject Phone-1

(MILLS), Subject Phone-3 (FLETCHER), and JORDAN's Phones, I learned that at

approximately 9:00 a.m. it appeared that all their phones traveled in tandem from

Portland, Oregon southbound towards Corvallis. However, MILLS had infrequent

communication on his phone which did not provide many cell tower locations for

comparison once the phone went passed Wilsonville, Oregon. FLETCHER and

JORDAN did not have any communication within close proximity to the above bank

fraud incident involving LUPO. As such, I don't have any cell site data for comparison.

However, according to cell site data from MILLS Phone, at approximately 12:31 p.m.,

which was approximately five minutes after the above bank fraud incident, Subject

Phone-1 (MILLS) accessed a tower that was located at/or near 30953 SW Fir Ave.,

Wilsonville, Oregon 97070. According to Google maps, Subject Phone-1 (MILLS)

accessed a tower that was approximately 1.1 miles away from Bank of America.

Additionally, historical cell site data confirmed that MILLS was at/or near where the

theft of the check from Victim-5 occurred in Clackamas during a vehicle theft on

November 5, 2019.  Based on these facts, I believe that **MILLS, FLETCHER,** and

**JORDAN** participated in the bank fraud.  I have provided an image below for the Court

which depicts Subject Phone-1 (**MILLS**) in relation to the location of the bank fraud:









USAO Version Rev. October 2015





**Review of Bank Records for FLETCHER and JORDAN**

67.     Pursuant to a Grand Jury subpoena, I requested and received financial records for

**FLETCHER** and **JORDAN**. Thus far, I have not received financial results yet from US Bank

for **MILLS**. I learned that **FLETCHER** had a Bank of America account ending in -4336 and

**JORDAN** had a JP Morgan Chase account ending in -3165 during the alleged crime spree in

**Page 43 – Affidavit of Clinton Lindsly**                    **USAO Version Rev. October 2015**

Portland, Oregon. During my review of these financial records between October and November 2019, I identified numerous financial transactions between **MILLS, FLETCHER**, and **JORDAN**, which occurred with a digital payment application called Zelle.[5] I believe that the transfer of the below identified funds represent the fruits of their crimes, which involves thefts from vehicles, bank fraud, and merchant fraud. Furthermore, that the deposit and/or transfer of these proceeds are for the purposes of furthering their conspiracy, such as to pay for airline tickets or a car rental. During my review of **FLETCHER** and **JORDAN**'s bank accounts, I observed nothing consistent with legitimate income, such as direct deposits from an employer. All credits to the accounts were from Zelle transfers, ATM deposits of cash, or counter credits consisting of cash. I have provided a chronological listing of financial activity related to transactions between **JORDAN, FLETCHER**, and **MILLS**. This activity is not all inclusive:

| Date | Description | From | To | Amount |
|------|-------------|------|-----|--------|
| 11/2/2019 | Cash Deposit in Portland | **FLETCHER** | | $200 |
| 11/4/2019 | Cash Deposit in Portland | **FLETCHER** | | $1,400 |
| 11/4/2019 | Zelle Xsfr | **FLETCHER** | **MILLS** | $350 |
| 11/5/2019 | Zelle Xsfr | **MILLS** | **JORDAN** | $300 |
| 11/7/2019 | Cash Deposit in Portland | **FLETCHER** | | $1,500 |
| 11/7/2019 | Zelle Xsfr | **FLETCHER** | **JORDAN** | $432 |
| 11/7/2019 | Zelle Xsfr | **FLETCHER** | **MILLS** | $450 |
| 11/12/2019 | Cash Deposit in Portland | **FLETCHER** | | $1,700 |
| 11/12/2019 | Zelle Xsfr | **FLETCHER** | **JORDAN** | $150 |
| 11/12/2019 | Zelle Xsfr | **FLETCHER** | **JORDAN** | $120 |
| 11/12/2019 | Zelle Xsfr | **FLETCHER** | **JORDAN** | $30 |
| 11/12/2019 | Zelle Xsfr | **FLETCHER** | **MILLS** | $500 |
| 11/13/2019 | Zelle Xsfr | **FLETCHER** | **JORDAN** | $100 |
| 11/14/2019 | Zelle Xsfr | **FLETCHER** | **MILLS** | $200 |
| 11/18/2019 | Zelle Xsfr | **FLETCHER** | **JORDAN** | $110 |
| 11/18/2019 | Zelle Xsfr | **FLETCHER** | **MILLS** | $200 |
| 11/20/2019 | Enterprise Car Rental | **JORDAN** | | ($1,500.57) |

---

[5] Zelle is a United States-based digital payments network that allows people to send/receive money with people directly between almost any U.S. bank account within minutes.

**USAO Version Rev. October 2015**

## MILLS and FLETCHER Continue Conduct in Denver, Colorado

68.   As described above, on November 18, 2019, based on my review of surveillance footage at the Portland International Airport and a review of court authorized cell site data, **MILLS** and **FLETCHER** then flew to Denver, Colorado and eventually back to Fort Lauderdale, Florida.

69.   On December 8, 2019, according to real-time court authorized GPS location data from Subject Phone-1, **MILLS** flew from Fort Lauderdale, Florida to Tallahassee, Tennessee, and arrived in Denver, Colorado on December 9, 2019.  Due to only receiving cell tower data location, Investigators did not know the exact location of **MILLS**.  However, starting on December 11, 2019, according to cell tower data location, Subject Phone-1 (**MILLS**) remained at a residence in Thornton, Colorado.

70.   On December 11, 2019, according to real-time court authorized GPS location data from Subject Phone-3, **FLETCHER** flew from Fort Lauderdale, Florida to Denver, Colorado. After arriving at the Denver International Airport, **FLETCHER** then appeared to drive straight to a residence located at ████████████████████████████ (Airbnb), where **FLETCHER** and **MILLS** appeared to remain.  Based off my review of internet searches, it appeared that this residence was a short-term rental that was offered for rent on Airbnb.

71.   On December 12, 2019, pursuant to court authorization, I monitored the movements of Subject Phone-1 (**MILLS**) and Subject Phone-3 (**FLETCHER**).  Throughout the course of the day, **MILLS** and **FLETCHER** appeared to travel from Thornton to numerous surrounding cities as far north as Fort Collins and as far south as Castle Rock.  During my

review, I noticed a significant number of "pings" or stops at parks, gyms, shopping centers, and other areas consistent with committing car prowls/thefts.

72.     At approximately 8:35 p.m., and according to court authorized GPS location from Subject Phone-1 (cell tower) and Subject Phone-3 (GPS location) **MILLS** and **FLETCHER** returned to the Airbnb rental.

73.     At approximately 9:00 p.m., North Metro Task Force Detective Oscar Hernandez and HSI SA Ben Bentancurd went to Airbnb to conduct physical surveillance, which is where court authorized GPS data from Subject Phone-3 showed that **FLETCHER** was located. Detective Hernandez observed several rental vehicles parked at the Airbnb including a dark gray 2019 Mazda bearing California license plate #8DWF732 (Subject Vehicle).

74.     According to DMV records, I learned that the Subject Vehicle is registered to PV Holding Corp (Avis Rental), 5721 W 96th Street, Los Angeles, California 90045 with VIN JM3TCBCY4K0307988. I subsequently contacted Avis Northwest Regional Security Manager Gary Russel and requested car rental information for the Subject Vehicle. Avis Russel advised that the Subject Vehicle was rented by **MILLS** on December 9, 2019, with a return date scheduled for December 13, 2019.

### December 13, 2019 Theft of Purses from Daycares

75.     On December 13, 2019, at approximately 7:45 a.m., and according to court authorized GPS location data from Subject Phone-3 (**FLETCHER**), I observed that **FLETCHER** was entering the city limits of Parker, Colorado. I also observed that according to court authorized GPS location data that Subject Phone-1, **MILLS** appeared to enter the city limits of Parker, Colorado. Based on this, I formed the opinion that **FLETCHER** and **MILLS**

were traveling together in the Subject Vehicle, which was rented by **MILLS**. Suspecting that the purpose of **FLETCHER** and **MILLS'** travels were criminal in nature, namely to commit theft from vehicles to obtain items to commit bank fraud, I contacted Parker Police Department (PPD) Sergeant Chris Kozuch and advised him that **FLETCHER** and **MILLS** were in the city and that they were possibly driving the Subject Vehicle. PPD Sergeant Kozuch stated that he would contact me if any thefts from vehicles occurred.

76.    At approximately 8:15 a.m., Sergeant Kozuch contacted me and advised that a theft from vehicle just occurred. Specifically, at approximately 8:02 a.m., a call for service was reported to the PPD that a theft from vehicle just occurred at La Petite Academy of Parker located at 11105 Pikes Peak Drive, Parker, Colorado 80138. Sergeant Kozuch stated that somebody broke into Victim-8's car and stole her purse. According to a witness, the theft was committed by a black male who then got into a dark colored sedan, consistent with the Subject Vehicle, and drove away. Sergeant Kozuch also stated that a 2nd vehicle theft occurred immediately after the first theft, at approximately 8:10 a.m. at the Goddard School of Parker located at 11450 S Pine Dr., Parker, Colorado 80134. Sergeant Kozuch stated that Victim-9's vehicle was broken into and her purse was stolen. Sergeant Kozuch subsequently reviewed the surveillance footage from the Goddard School of Parker and observed a dark colored Mazda that appeared to be involved in the car theft. This description matches the Subject Vehicle, which was believed to be driven by **MILLS** and **FLETCHER**.

77.    According to my review of court authorized GPS location data of Subject Phone-3 (**FLETCHER**), at approximately 8:05 a.m., approximately three minutes after the first theft and five minutes before the 2nd theft reported by police, Subject Phone-3 (**FLETCHER**) was located

**Page 47 – Affidavit of Clinton Lindsly**                    **USAO Version Rev. October 2015**

at or near 11450 S Pine Dr., Parker, Colorado 80134 with a margin of error of +/- 6 meters.

According to Google maps, Subject Phone-3 (**FLETCHER**) was located approximately 0.6

miles away from where the first theft occurred and almost at the exact location that the 2nd theft

occurred. I have provided an image depicting the location of Subject Phone-3 (**FLETCHER**) in

relation to where both thefts occurred for the Court, respectively:

<u>First Theft:</u>                                   <u>Second Theft:</u>



78.     At approximately 9:20 a.m., and according to court authorized GPS location,

Subject Phone-3 (**FLETCHER**) was located at or near La Petite Academy of Greenwood

Village located at 4620 S Yosemite St., Greenwood Village, Colorado 80111.

79.     I subsequently contacted the Greenwood Village Police Department (GVPD) to

see if any reports of thefts occurred at the above location. According to GVPD Sergeant Mark

Stadterman, a theft from vehicle occurred at approximately the exact same time that Subject

Phone-3 (**FLETCHER**) was located at La Petite Academy of Greenwood Village. Specifically,

Victim-10 went inside to drop her kid off at daycare and somebody broke into Victim-10's

vehicle and stole a diaper bag. I have provided an image depicting the location of Subject

Phone-3 (**FLETCHER**) in relation to where the vehicle theft occurred for the Court:

**Page 48 – Affidavit of Clinton Lindsly**                **USAO Version Rev. October 2015**



80.     After the theft and according to court authorized GPS location data, Subject

Phone-3 (**FLETCHER**) continued northbound to the city of Fort Collins.

81.     At approximately 1:30 p.m., based of court authorized GPS data from Subject

Phone-3 (**FLETCHER**), Investigators located the Subject Vehicle, which was occupied by

**MILLS** and **FLETCHER**.  For the next eight hours, Investigators followed **FLETCHER** and

**MILLS** in the Subject Vehicle.  During this surveillance, Investigators often would lose sight of

the Subject Vehicle for several hours and then reacquire the Subject Vehicle using the GPS data

from Subject Phone-3.  The travels of **MILLS** and **FLETCHER** in the Subject Vehicle appeared

to serve no meaningful purpose other than to be criminal in nature, which was to identify and

break into vehicles.

82.     At approximately 8:05 p.m., according to court authorized GPS location data,

Subject Phone-3 (**FLETCHER**) was located at the DoubleTree Hotel at 13696 E Iliff Pl.,

Aurora, Colorado 80014.  During this time, Investigators had lost sight/surveillance of the

Subject Vehicle for approximately one hour and were attempting to catch up to Subject Phone-

3's (**FLETCHER**) pings.

**Page 49 – Affidavit of Clinton Lindsly**          **USAO Version Rev. October 2015**

83.     At approximately 8:10 p.m., Investigators observed **MILLS** and **FLETCHER** get into an Uber (taxi) and drive away.  Investigators subsequently stopped the Uber, utilizing a marked patrol unit, pursuant to **MILLS'** having an active arrest warrant.  **MILLS** was in the rear driver side and **FLETCHER** was in the rear passenger side of the Uber.  **MILLS** was arrested and **FLETCHER** was detained.  Investigators did not arrest **FLETCHER** and he was released without incident.

84.     During a search incident to arrest and having probable cause to believe that evidence of a crime (theft from vehicle) was located inside the Uber, Investigators searched for evidence in the Uber. They found four phones (Subject Cell Phones 1-4), a woman's purse, a woman's wallet, miscellaneous clothing and personal effects, and two screw drivers consistent with tools used to break car windows.  I believe two phones belonged to **MILLS** and two phones belonged to **FLETCHER**.  Those phones are described as follows:

a.      An iPhone with phone number ███████ (Subject Phone-1).  This phone was described above, was identified to be used by **MILLS**, and was being geolocated by Investigators pursuant to court authorization.  During the arrest of **MILLS**, Investigators directed **MILLS** to drop his cell phone, which was placed on the rear driver seat.  During a search of the Uber, the Subject Phone-1 was located in the seat where **MILLS** was seated.  Based on this, I believe that the Subject Phone-1 belongs to **MILLS**.  As further described below, I was able to unlock the Subject Phone-1 using a variation of the passcode found on the MetroPCS paperwork for Subject Phone-4.  As such, I believe that Subject Phone-1 and Subject Phone-4 belong to **MILLS**.

b.      A LG cell phone with IMEI ████████ (Subject Phone-2), which

was located inside the Louis Vuitton purse on the floor beneath where **FLETCHER** was

seated. As described in this affidavit, because **MILLS** appeared to buy a new phone, and

that I identified that Subject Phone-1 and Subject Phone-4 belonged to **MILLS**, I believe

that it is likely that **FLETCHER** purchased a new phone as well. Based on this, I

believe the Subject Phone-2 likely belongs to **FLETCHER**. Furthermore, I know from

reviewing several police reports related to thefts I believe were committed by **MILLS**

and/or **FLETCHER** which involved the theft of cellular phones, it is common practice to

discard / throw away any cell phones stolen during their vehicle thefts. Specifically, in

some instances where phones were stolen, they were located a short distance away from

the theft discarded on the side of the roadway. I believe this is done to avoid victims

from enabling their GPS location applications on their devices, which would allow them

to track **MILLS** and **FLETCHER**. As such, I do not believe that Subject Phone-2

belongs to a victim.

c.      A Motorola Phone IMEI ████████ and serial # ████████

(Subject Phone-3), which fell to the ground and broke when **FLETCHER** was directed

from the Uber. This phone was described above, was identified to be used by

**FLETCHER**, and was being geolocated by Investigators pursuant to court authorization.

This was subsequently confirmed by Subject Phone-3's subscriber records, which has the

same IMEI. Based on this, I believe that Subject Phone-3 belongs to **FLETCHER**.

d.      A LG Phone IMEI ████████ and phone number ████████

(Subject Phone-4), which was located inside the Louis Vuitton purse on the floor beneath

where **FLETCHER** was seated. However, as further described below, Investigators also located a purchase receipt for the Subject Phone-4, which occurred on December 9, 2019, and business card reflecting PIN #█████████████" Using a variation of this pin code, that being █████, I was able to unlock the Subject Phone-1, which belongs to **MILLS**. As such, I believe that the Subject Phone-4 belongs to **MILLS**.

85.     Later, I learned that several days after detaining **FLETCHER**'s phones (Subject Phones 2-3), court authorized GPS location confirmed that **FLETCHER** activated a new cell phone with the same phone number as Subject Phone-3 █████████. When Investigators attempted to interview **MILLS** and **FLETCHER**, both declined to speak with Investigators.

### Facebook Search Warrants

86.     On February 4, 2020, the Honorable Jolie A. Russo, United States Magistrate Judge, District of Oregon, authorized the search (20-MC-112) of three Facebook accounts belonging to **MILLS**, **FLETCHER**, and LUPO, including content, historical GPS data, and prospective GPS data.

87.     On February 6, 2020, Facebook complied with the above search warrants and provided records to me for review. As of the date of this affidavit, and given the volume of information, the review of the records is still ongoing.

88.     During my review of **FLETCHER**'s Facebook account, I located numerous messages between **FLETCHER** and LUPO. Based on my review of these messages and my training and experience, I believe that **FLETCHER** recruited and hired LUPO to fly from Florida to the District of Oregon to impersonate victims for the purpose of committing bank fraud and aggravated identity theft. Additionally, **FLETCHER** purchased the airline ticket for

LUPO to fly to Portland, which occurred on November 13, 2019. After landing and as further described above, LUPO then committed numerous transactions of bank fraud and aggravated identity theft. During these transactions, court authorized GPS location data confirmed that **MILLS, FLETCHER**, and/or **JORDAN** were in close proximity to LUPO, consistent with driving LUPO to various banks. I have provided several examples of the messages between **FLETCHER** (HotHead Box) and LUPO (Linda Lupo) for the Court:

> **Author** Linda Lupo (100002949580593)
> **Sent** 2019-11-04 19:21:28 UTC
> **Body** You got any work
>
> **Author** HotHead Box (100002195794326)
> **Sent** 2019-11-04 19:47:07 UTC
> **Body** Yeah i got work for you
>
> **Author** Linda Lupo (100002949580593)
> **Sent** 2019-11-04 19:53:46 UTC
> **Body** I can't be ready till the weekend, is that ok
>
> **Author** HotHead Box (100002195794326)
> **Sent** 2019-11-04 19:56:38 UTC
> **Body** Yeah dats cool dis weekend
>
> **Author** HotHead Box (100002195794326)
> **Sent** 2019-11-08 19:05:32 UTC
> **Body** You go be ready Sunday
>
> **Author** Linda Lupo (100002949580593)
> **Sent** 2019-11-08 19:13:08 UTC
> **Body** Yes
>
> **Author** HotHead Box (100002195794326)
> **Sent** 2019-11-08 19:40:21 UTC
> **Body** Alright send y'all info I'm finna book the flights
>
> **Author** HotHead Box (100002195794326)
> **Sent** 2019-11-10 04:14:02 UTC
> **Body** Send DoB I'm booking it for 7 o'clock tomorrow

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-10 04:17:57 UTC
**Body** ███████████████

**Author** HotHead Box (100002195794326)
**Sent** 2019-11-10 06:35:00 UTC
**Body** Yeah tomorrow night at 7

**Author** HotHead Box (100002195794326)
**Sent** 2019-11-12 02:50:43 UTC
**Body** Flight tomorrow

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-12 08:14:36 UTC
**Body** Ok , I'm ready

**Author** HotHead Box (100002195794326)
**Sent** 2019-11-12 18:32:59 UTC
**Body** Your flight leave at 5 o'clock pm but be at the airport by 3:50 so
you can make it through the gates

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-12 19:38:27 UTC
**Body** Absolutely, thats perfect for me

**Author** HotHead Box (100002195794326)⸲
**Sent** 2019-11-12 19:58:34 UTC
**Body** Leave at 5:50 am flight book for 7:00 am

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-12 20:05:23 UTC
**Body** Okey doke. I'll be there.

**Author** HotHead Box (100002195794326)
**Sent** 2019-11-13 03:46:39 UTC
**Body** You sent a photo.
**Attachments** image-551937292044398 (551937292044398)
**Type** image/jpeg
**Size** 58804
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=551937292044398&mid=mid.%2
4cAAAAAFMSLqd0lCQVy1uYt7Jh1yPZ&uid=1000
02195794326&accid=100002195794326&previ
ew=0&hash=AQBNg_6Z8fsK1lQ3iibFeTBKuDxpJ

**Page 54 – Affidavit of Clinton Lindsly**                **USAO Version Rev. October 2015**

YyVPlyozST277IOZg
**Photo Id:**
551937292044398

*The picture depicted a United Airlines confirmation for the purchase of a flight sent to email ▮▮▮▮▮▮▮▮▮▮ with confirmation number DNG7RG from Fort Lauderdale, Florida (departing 7:00 a.m.) to Portland, Oregon (arriving 12:15 p.m.) purchased by a Visa ending in 6701 on November 13, 2020.

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-13 03:47:33 UTC
**Body** See you tomorrow

**Author**
Linda Lupo (100002949580593)
**Sent** 2019-11-13 20:03:20 UTC
**Body** Just landing

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-13 20:23:16 UTC
**Body** Waiting on my bag , but I'm downstairs at United . Lmk when your here please

**Author** HotHead Box (100002195794326)
**Sent** 2019-11-13 20:40:24 UTC
**Body** Here

**Author** Linda Lupo (100002949580593)
**Sent** 2019-11-13 20:40:37 UTC
**Body** Be right there

**Author** HotHead Box (100002195794326)
**Sent** 2019-11-13 20:41:35 UTC
**Body** Ok we are here

## Conclusion

89.     Based on the foregoing, I have probable cause to believe, and I do believe, that

**MILLS**, **FLETCHER**, and **JORDAN** committed violations of 18 U.S.C. § 1344 – *Bank Fraud*;

18 U.S.C. § 1349 – *Conspiracy to Commit Bank Fraud*; and 18 U.S.C. § 1028A – *Aggravated*

*Identity Theft*. I therefore request that the Court issue a criminal complaint and arrest warrant for

**MILLS, FLETCHER**, and **JORDAN.**

90.     Prior to being submitted to the Court, the proposed complaint and the arrest

warrants were all reviewed by Assistant United States Attorney ("AUSA") Quinn Harrington and

AUSA Harrington advised me that, in his opinion, the affidavit and complaint are legally and

factually sufficient to establish probable cause to support the issuance of the requested criminal

complaint and arrest warrants.

### Request for Sealing

91.     It is respectfully requested that the Court issue an order sealing, until further

order of the Court, all papers submitted in support of the requested search warrant, including the

application, this affidavit, the attachments, and the requested search warrant. I believe that

sealing these documents is necessary because the information to be seized is relevant to an

ongoing investigation, and any disclosure of the information at this time may cause flight from

prosecution, cause destruction of or tampering with evidence, or otherwise seriously jeopardize

an investigation. Premature disclosure of the contents of the affidavit, the criminal complaint,

and the arrest warrant attachments, and the requested search warrant may adversely affect the

integrity of the investigation.

CLINTON LINDSLY
Special Agent, DHS/ICE/HSI

Subscribed and sworn to before me this _____ day of February 2020.

HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Page 56 – Affidavit of Clinton Lindsly**            **USAO Version Rev. October 2015**

AO 442 (Rev. 11/11) Arrest Warrant

UNDER
SEAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Certified to be a true and correct
copy of original filed in this District.
Dated _____ FEB 2 6 2020
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _____
Pages _____ 1 _____ Through _____ 2 _____

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| DAMIAN BERNARD FLETCHER aka "Box, " et al | ) |
|  | ) |
|  | ) |
|  | ) |

Case No. 3:20-mj-30

_____
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      DAMIAN BERNARD FLETCHER aka "Box, " et al _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud
Bank Fraud
Aggravated Identity Theft

Date: _____

_____
*Issuing officer's signature*

City and state:      Portland, Oregon

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____           _____<br>*Arresting officer's signature* |
|           _____<br>*Printed name and title* |